**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| Mark Dillon,<br><br>            Plaintiff,<br><br>   v.<br><br>SAIC, Inc.,<br><br>            Defendant. | Civil Action No. 1:12-cv-390 (LO/TRJ) |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record:

   I am admitted to practice in this Court, and I appear in this case as counsel for Defendant SAIC, Inc.

                                                      Respectfully submitted,

Dated: May 7, 2012                         /s/ Jason C. Schwartz
                                                      Jason C. Schwartz, Va. Bar No. 43635
                                                      GIBSON, DUNN & CRUTCHER LLP
                                                      1050 Connecticut Avenue, N.W.
                                                      Washington, DC  20036
                                                      jschwartz@gibsondunn.com
                                                      Telephone:    202.955.8500
                                                      Facsimile:     202.467.0539

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of May, 2012, I will electronically file the foregoing with the Clerk of the Court for the Eastern District of Virginia using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Carla D. Brown
CHARLSON BREDEHOFT COHEN
BROWN & SAKATA, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, VA 20190
cbrown@charlsonbredehoft.com

/s/ Jason C. Schwartz
Jason C. Schwartz, Va. Bar No. 43635
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
jschwartz@gibsondunn.com
Telephone:    202.955.8500
Facsimile:     202.467.0539