UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
JUN - 1 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

MARK DILLON,                    )
                                )
        Plaintiff,              )
                                )
v.                              )        Civil Action No.: 1:12-cv-390
                                )
SAIC, INC.,                     )
                                )
        Defendant.              )

## ORDER

This matter comes before the Court on Defendant SAIC, Inc.'s ("SAIC") Motion to Dismiss (Dkt. No. 6). Plaintiff Mark Dillon alleges three counts against his former employer, SAIC: (1) retaliation in violation of the False Claims Act, 31 U.S.C. § 3730(h); (2) defamation; and (3) defamation per se. For the reasons stated in open court and good cause shown, it is hereby ORDERED that Defendant's Motion is GRANTED in PART and DENIED in PART. Plaintiff's defamation claims are DISMISSED WITHOUT PREJUDICE. With regard to Count I, retaliation in violation of the False Claims Act, Defendant's Motion is DENIED.

Should the Plaintiff choose to re-file his defamation claims, he shall do so within twenty (20) days of this Order. Before re-filing either claim, however, the Plaintiff is admonished to ensure there is a proper basis in law and fact that merits re-filing.

If Plaintiff files an amended complaint, Defendant shall file its response within ten (10) days of the amended complaint's filing. If Plaintiff does not file an amended complaint, Defendant shall file its response within thirty (30) days of this Order.

June 1, 2012
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge